## STAMM v. SALOMON

No. 477P01

Case below: 144 N.C. App. 672

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Notice of appeal by defendants pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 31 January 2002.

## STATE v. ALSTON

No. 416A92-3

Case below: Warren County Superior Court

Application by defendant for writ of habeas corpus denied 7 January 2002. Petition by defendant for writ of certiorari to review the order of the Superior Court, Warren County, denied 4 January 2002.

## STATE v. BAILEY

No. 677P01

Case below: 147 N.C. App. 313

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002

## STATE v. BARBER

No. 637P01

Case below: 147 N.C. App. 69·

Petition by Attorney General for writ of supersedeas denied 31 January 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 31 January 2002. Motion by defendant to dismiss petition for discretionary review dismissed as moot 31 January 2002. Temporary stay dissolved 31 January 2002.